NELSON C. OSBORNE, Respondent, v. NATHAN H. HAND and Others, Defendants, Impleaded with FRANK B. WIBORG, Appellant.— Order of the County Court of Suffolk county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HANNAH LEVINE (Correct Name FANNIE KAUFMAN), Appellant.— Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, on the ground that the guilt of the defendant was not shown beyond a reasonable doubt. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM RHODES, JR., Appellant, v. KATHERINE ELAINE RHODES, Respondent.— Final order affirmed, without costs, and without prejudice to a further application at the expiry of six months. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR SZERLIP, Respondent, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar· and Kelly, JJ., concur.

ERNEST J. ROGERS, Appellant, v. THE VILLAGE OF PORT CHESTER, Respondent.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that the preliminary notice was sufficient under the authority of *Sheehy* v. *City of New York* (160 N. Y. 139) and *Sweeney* v. *City of New York* (225 id. 271). Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

EVELYN G. ROGERS, Appellant, v. THE VILLAGE OF PORT CHESTER, Respondent.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that the preliminary notice was sufficient under the authority of *Sheehy* v. *City of New York* (160 N. Y. 139) and *Sweeney* v. *City of New York* (225 id. 271). Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.,· concur.

MORRIS J. TERRY, Respondent, v. ISAAC G. TERRY and Others, Defendants, ·Impleaded with JOAB H. BANTON, as Trustee in Bankruptcy of JAMES T. WOOD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

BEATRICE B. VOM HOFE, Respondent, v. EDWIN C. VOM HOFE, Appellant.— Order modified by reducing the counsel fee allowed therein to $500; and as thus modified affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

MARGARET ZUNDT, Appellant, v. CRANFORD COMPANY, Respondent, Impleaded with BROOKLYN UNION GAS COMPANY, Defendant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSARIO